**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| SAMUEL LAND COMPANY | : No. 44 WAL 2019 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| ZONING BOARD OF ADJUSTMENT OF | : |
| THE CITY OF PITTSBURGH, CITY OF | : |
| PITTSBURGH AND DANIEL GUTTMAN | : |
| | : |
| | : |
| PETITION OF: DANIEL GUTTMAN | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 26th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.